AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Leslie Nicole Knight and Alveza Valenzuela, Individually and On Behalf of Others Similarly Situated,

*Plaintiff(s)*

v.

Thomas Jeneby, M.D. a/k/a "Dr. Boom Boom Pow," The Plastic and Cosmetic Center of South Texas, P.A., Palm Tree Plastic Surgi-Center, LLC, Trilogy by Dr. Jeneby, Inc., Advanced Medical Support

*Defendant(s)*

Civil Action No. 5:24-cv-1097

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Defendant Chrysalis Cosmetic Surgery Center, PLLC may be served with process by serving its registered agent, Thomas T. Jeneby, at 19323 Stone Oak Parkway, San Antonio, Texas 78248.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Josef F. Buenker
The Buenker Law Firm
P.O. Box 10099
Houston, Texas 77206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT Philip J. Devlin

Date: 10/18/2024

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:24-cv-1097

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

**See Attached**

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset

# AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 5:24-CV-1097

Plaintiff:
**LESLIE NICOLE KNIGHT AND ALVEZA VALENZUELA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**THOMAS JENEBY, M.D. A/K/A "DR. BOOM BOOM POW," THE PLASTIC AND COSMETIC CENTER OF SOUTH TEXAS, P.A., PALM TREE PLASTIC SURGI-CENTER, LLC TRILOGY BY DR. JENEBY, INC., ADVANCED MEDICAL SUPPORT SERVICES, PLLC, CHRYSALIS COSMETIC SURGERY CENTER, PLLC SOUTH TEXAS AESTHETIC TRAINING LLC AND SHINING PALM TREE SERIES, LLC**

Received by Saddi A Frazier on the 24th day of October, 2024 at 8:30 am to be served on **C/O Registered Agent, Thomas T. Jeneby Chrysalis Cosmetic Surgery Center, 19323 Stone Oak Parkway, San Antonio, Bexar County, TX 78258**.

I, Saddi A Frazier, being duly sworn, depose and say that on the **28th day of October, 2024 at 2:00 pm, I:**

**DELIVERED** a true copy of the **Summons in a Civil Action with Plaintiff's Original Collective Action Complaint, Consent to Join FLSA Lawsuit and Notice of Consent** to **Chrysalis Cosmetic Surgery Center** with the date of service endorsed thereon by me, by handing to **Thomas T. Jeneby** as **Registered Agent** for **Chrysalis Cosmetic Surgery Center**, in person, at the address of: **19323 Stone Oak Parkway, San Antonio, Bexar County, TX 78258**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5' 5", Weight: 160, Hair: Brown, Glasses: Y

I am a private process server authorized by the Texas Judicial Branch Certification Commission. I am over the age of eighteen (18) and not a party to nor interested in the outcome of the suit referenced above. I have personal knowledge of each of the matters stated herein and the statements made in this Affidavit are true and correct.

State of Texas, County of Bexar

Subscribed and Sworn to before me on the 30th day of October, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

KAZUKO FRAZIER
Notary Public, State of Texas
Comm. Expires 08-08-2026
Notary ID 133897737

Saddi A Frazier
PSC 12568 Ex. 3/31/2026

Lexitas
13101 Northwest Freeway
Suite 330
Houston, TX 77040
(713) 375-0121

Our Job Serial Number: WDL-2024001825
Ref: 22736425

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

