IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Leslie Nicole Knight and Alveza Valenzuela, Individually and On Behalf of Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| Thomas Jeneby, M.D. a/k/a "Dr. Boom Boom Pow," The Plastic and Cosmetic Center of South Texas, P.A., Palm Tree Plastic Surgi-Center, LLC, Trilogy by Dr. Jeneby, Inc., Advanced Medical Support Services, PLLC, Chrysalis Cosmetic Surgery Center, PLLC, South Texas Aesthetic Training LLC and Shining Palm Tree Series, LLC | § § § § § § § § § § § § | CIVIL ACTION NO. 5:24-cv-1097-XR |
| Defendants. | § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERS, OBJECTIONS, AND OTHER RESPONSIVE PLEADINGS TO PLAINTIFFS' ORIGINAL COLLECTIVE ACTION COMPLAINT**

Came on this day Defendants Thomas Jeneby, M.D. a/k/a "Dr. Boom Boom Pow;" The Plastic and Cosmetic Center of South Texas, P.A.; Palm Tree Plastic Surgi-Center, LLC; Trilogy by Dr. Jeneby, Inc.; Advanced Medical Support Services, PLLC; Chrysalis Cosmetic Surgery Center, PLLC; South Texas Aesthetic Training LLC; and Shining Palm Tree Series, LLC's (collectively, "Defendants") Unopposed Motion for Extension of Time to File Answers, Objections, and Other Responsive Pleadings to Plaintiff's Original Collective Action Complaint. Having considered the Motion and finding it to be unopposed, the Motion is GRANTED.

IT IS THEREFORE ORDERED that Defendants Thomas Jeneby, M.D. a/k/a "Dr. Boom Boom Pow;" The Plastic and Cosmetic Center of South Texas, P.A.; Palm Tree Plastic Surgi-

Center, LLC; Trilogy by Dr. Jeneby, Inc.; Advanced Medical Support Services, PLLC; Chrysalis Cosmetic Surgery Center, PLLC; South Texas Aesthetic Training LLC; and Shining Palm Tree Series, LLC have until December 18, 2024 to file their answers, objections, and other responsive pleadings to Plaintiffs' Complaint.

Signed this _____ day of _____,2024.

_____
UNITED STATES DISTRICT JUDGE