IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Leslie Nicole Knight and Alveza Valenzuela, Individually and On Behalf of Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 5:24-cv-1097-XR |
| Thomas Jeneby, M.D. a/k/a "Dr. Boom Boom Pow," The Plastic and Cosmetic Center of South Texas, P.A., Palm Tree Plastic Surgi-Center, LLC, Trilogy by Dr. Jeneby, Inc., Advanced Medical Support Services, PLLC, Chrysalis Cosmetic Surgery Center, PLLC, South Texas Aesthetic Training LLC and Shining Palm Tree Series, LLC | § § § § § § § § § § | |
| Defendants. | § § | |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Thomas Jeneby, M.D.; The Plastic and Cosmetic Center of South Texas, P.A.; Palm Tree Plastic Surgi-Center, LLC; Trilogy by Dr. Jeneby, Inc.; Advanced Medical Support Services, PLLC; Chrysalis Cosmetic Surgery Center, PLLC; South Texas Aesthetic Training LLC; and Shining Palm Tree Series, LLC (collectively, "Defendants") provide the following corporate disclosure statement:

Defendants The Plastic and Cosmetic Center of South Texas, P.A.; Palm Tree Plastic Surgi-Center, LLC; Trilogy by Dr. Jeneby, Inc.; Advanced Medical Support Services, PLLC; Chrysalis Cosmetic Surgery Center, PLLC; South Texas Aesthetic Training LLC; and Shining Palm Tree Series, LLC have no parent corporation, and there is no publicly held corporation owning more than 10% of their stock.

Dated: December 18, 2024.

Respectfully submitted,
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ *Shavonne L. Smith*
Tiffany Cox Stacy
Texas Bar No. 24050734
tiffany.cox@ogletree.com
Shavonne L. Smith
Texas Bar No. 24054956
shavonne.smith@ogletreedeakins.com
112 E. Pecan Street, Suite 2700
San Antonio, Texas 78205
Telephone: 210.354.1300
Fax: 210.277.2702

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2024 I electronically filed the foregoing with the Clerk of the Court, which will send notification of such filing to the following:

Josef F. Buenker
The Buenker Law Firm
PO Box 10099
Houston, Texas 77206
jbuenker@buenkerlaw.com

Douglas B. Welmaker
Welmaker Law, PLLC.
409 N. Fredonia, Suite 118
Longview, Texas 75601
doug@welmakerlaw.com

/s/ *Shavonne L. Smith*
Shavonne L. Smith