## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS SAN
## ANTONIO DIVISION

| | | |
|---|---|---|
| LESLIE NICOLE KNIGHT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED; AND ALVEZA VALENZUELA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED; | § § § § § § § | |
| | § | Case No. SA-24-CV-01097-XR |
| *Plaintiffs* | § § | |
| v. | § § | |
| THOMAS JENEBY, THE PLASTIC AND COSMETIC CENTER OF SOUTH TEXAS, P.A., PALM TREE PLASTIC SURGI-CENTER, LLC, TRILOGY BY DR. JENEBY, INC., ADVANCED MEDICAL SUPPORT SERVICES, PLLC, CHRYSALIS COSMETIC SURGERY CENTER, PLLC, SOUTH TEXAS AESTHETIC TRAINING LLC, SHINING PALM TREE SERIES, LLC, | § § § § § § § § § § § | |
| *Defendants* | | |

### DEFENDANTS' NON- CONSENT TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States Court of Appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

_____*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

  X_____ *Non Consent to a magistrate judge's authority.* The following parties do not consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Parties' printed names | Signatures of parties or attorneys | Dates |
|---|---|---|
| *Defendants Plastic and Cosmetic Center of South Texas, P.A.; Palm Tree Plastic Surgi-Center, LLC; Trilogy by Dr. Jeneby, Inc.; Advanced Medical Support Services, PLLC; Chrysalis Cosmetic Surgery Center, PLLC; South Texas Aesthetic Training LLC; and Shining Palm Tree Series, LLC* | *Sharron L. Smith* | 1/21/2025 |

**Reference Order**

      **IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Xavier Rodriguez, United States District Judge*
*Printed name and title*