**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| Leslie Nicole Knight and Alveza Valenzuela, Individually and On Behalf of Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 5:24-cv-1097-XR |
| Thomas Jeneby, M.D. a/k/a "Dr. Boom Boom Pow," The Plastic and Cosmetic Center of South Texas, P.A., Palm Tree Plastic Surgi-Center, LLC, Trilogy by Dr. Jeneby, Inc., Advanced Medical Support Services, PLLC, Chrysalis Cosmetic Surgery Center, PLLC, South Texas Aesthetic Training LLC and Shining Palm Tree Series, LLC | § § § § § § § § § § § | |
| Defendants. | § | |

## JOINT MOTION FOR ENTRY OF AGREED CONFIDENTIALITY AND PROTECTIVE ORDER

COME NOW, Plaintiffs Leslie Nicole Knight and Alveza Valenzuela, Individually and On Behalf of Others Similarly Situated (collectively, "Plaintiffs") and Defendants Thomas Jeneby, M.D.; The Plastic and Cosmetic Center of South Texas, P.A.; Palm Tree Plastic Surgi-Center, LLC; Trilogy by Dr. Jeneby, Inc.; Advanced Medical Support Services, PLLC; Chrysalis Cosmetic Surgery Center, PLLC; South Texas Aesthetic Training LLC; and Shining Palm Tree Series, LLC (collectively, "Defendants"), and file this Joint Motion for Entry of Agreed Confidentiality and Protective Order, respectfully showing the Court as follows:

## I.

The parties are actively engaged in the discovery process. As part of this process, portions of information to be disclosed may be considered by one of the parties to be confidential and/or proprietary in nature. As a result, the parties have agreed to terms under which such materials may be marked as confidential and/or for counsel's eyes only, the process by which such materials will be protected from further disclosure, and related procedural matters. Attached hereto as **Exhibit A** is a copy of the Agreed Confidentiality and Protective Order sought to be entered in this lawsuit.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants request that this Court grant this Joint Motion for Entry of Agreed Confidentiality and Protective Order and enter the Agreed Confidentiality and Protective Order attached hereto as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| /s/ *Josef F. Buenker w/permission*<br>Josef F. Buenker<br>TBA No. 03316860<br>The Buenker Law Firm<br>PO BOX 10099<br>Houston, Texas 77206<br>jbuenker@buenkerlaw.com<br><br>Douglas B. Welmaker<br>State Bar No. 00788641<br>Welmaker Law, PLLC.<br>409 N. Fredonia, Suite 118<br>Longview, Texas 75601<br>doug@welmakerlaw.com<br><br>**ATTORNEYS FOR PLAINTIFF** | /s/ *Shavonne L. Smith*<br>Tiffany Cox Stacy<br>Texas Bar No. 24050734<br>tiffany.cox@ogletree.com<br>Shavonne L. Smith<br>Texas Bar No. 24054956<br>shavonne.smith@ogletreedeakins.com<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>112 East Pecan Street<br>San Antonio, TX  78205<br>Telephone: 210-354-1300<br><br>**ATTORNEYS FOR DEFENDANTS** |

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 13th day of March 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Josef F. Buenker
The Buenker Law Firm
PO Box 10099
Houston, Texas 77206
jbuenker@buenkerlaw.com

Douglas B. Welmaker
Welmaker Law, PLLC.
409 N. Fredonia, Suite 118
Longview, Texas 75601
doug@welmakerlaw.com

                /s/ *Shavonne L. Smith*
                Shavonne L. Smith