**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| Leslie Nicole Knight and Alveza Valenzuela, Individually and On Behalf of Others Similarly Situated, § § § § Plaintiffs, § v. § § Thomas Jeneby, M.D. a/k/a "Dr. Boom § Boom Pow," The Plastic and Cosmetic § Center of South Texas, P.A., Palm Tree § Plastic Surgi-Center, LLC, Trilogy by Dr. § Jeneby, Inc., Advanced Medical Support § Services, PLLC, Chrysalis Cosmetic § Surgery Center, PLLC, South Texas § Aesthetic Training LLC and Shining § Palm Tree Series, LLC § § Defendants. § | CIVIL ACTION NO. 5:24-cv-1097-XR |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERS, OBJECTIONS, AND OTHER RESPONSIVE PLEADINGS TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Came on this day Defendants Thomas Jeneby, M.D. a/k/a "Dr. Boom Boom Pow;" The Plastic and Cosmetic Center of South Texas, P.A.; Palm Tree Plastic Surgi-Center, LLC; Trilogy by Dr. Jeneby, Inc.; Advanced Medical Support Services, PLLC; Chrysalis Cosmetic Surgery Center, PLLC; South Texas Aesthetic Training LLC; and Shining Palm Tree Series, LLC's (collectively, "Original Defendants") Unopposed Motion for Extension of Time to File Answers, Objections, and Other Responsive Pleadings to Plaintiffs' First Amended Complaint. Having considered the Motion and finding it to be unopposed, the Motion is GRANTED.

IT IS THEREFORE ORDERED that Defendants Thomas Jeneby, M.D. a/k/a "Dr. Boom Boom Pow;" The Plastic and Cosmetic Center of South Texas, P.A.; Palm Tree Plastic Surgi-

Center, LLC; Trilogy by Dr. Jeneby, Inc.; Advanced Medical Support Services, PLLC; Chrysalis Cosmetic Surgery Center, PLLC; South Texas Aesthetic Training LLC; and Shining Palm Tree Series, LLC have until May 16, 2025 to file their answers, objections, and other responsive pleadings to Plaintiffs' First Amended Complaint.

Signed this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE