### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| Leslie Nicole Knight and Alveza Valenzuela, Individually and On Behalf of Others Similarly Situated,<br><br>   Plaintiffs,<br><br>v.<br><br>Thomas Jeneby, M.D. a/k/a "Dr. Boom Boom Pow," The Plastic and Cosmetic Center of South Texas, P.A., Palm Tree Plastic Surgi-Center, LLC, Trilogy by Dr. Jeneby, Inc., Advanced Medical Support Services, PLLC, Chrysalis Cosmetic Surgery Center, PLLC, South Texas Aesthetic Training LLC, Shining Palm Tree Series, LLC, and Maximus Plastic Surgery Center, PLLC<br><br>   Defendants. | CIVIL ACTION NO. 5:24-cv-1097-XR |

### **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Thomas Jeneby, M.D.; The Plastic and Cosmetic Center of South Texas, P.A.; Palm Tree Plastic Surgi-Center, LLC; Trilogy by Dr. Jeneby, Inc.; Advanced Medical Support Services, PLLC; Chrysalis Cosmetic Surgery Center, PLLC; South Texas Aesthetic Training LLC; Shining Palm Tree Series, LLC; and Maximus Plastic Surgery Center, PLLC (collectively, "Defendants") provide the following corporate disclosure statement:

Defendants The Plastic and Cosmetic Center of South Texas, P.A.; Palm Tree Plastic Surgi-Center, LLC; Trilogy by Dr. Jeneby, Inc.; Advanced Medical Support Services, PLLC; Chrysalis Cosmetic Surgery Center, PLLC; South Texas Aesthetic Training LLC; Shining Palm Tree Series, LLC; and Maximus Plastic Surgery Center, PLLC have no parent corporation, and

there is no publicly held corporation owning more than 10% of their stock.

Dated: May 16, 2025.

                                             Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Shavonne L. Smith*
Tiffany Cox Stacy
Texas Bar No. 24050734
tiffany.cox@ogletree.com
Shavonne L. Smith
Texas Bar No. 24054956
shavonne.smith@ogletreedeakins.com
112 E. Pecan Street, Suite 2700
San Antonio, Texas 78205
Telephone: 210.354.1300
Fax: 210.277.2702

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2025 I electronically filed the foregoing with the Clerk of the Court, which will send notification of such filing to the following:

    Josef F. Buenker
    The Buenker Law Firm
    PO Box 10099
    Houston, Texas 77206
    jbuenker@buenkerlaw.com

    Douglas B. Welmaker
    Welmaker Law, PLLC.
    409 N. Fredonia, Suite 118
    Longview, Texas 75601
    doug@welmakerlaw.com

                                             */s/ Shavonne L. Smith*
                                             Shavonne L. Smith