UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LESLIE NICOLE KNIGHT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED; AND ALVEZA VALENZUELA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED;<br><br>*Plaintiffs*,<br><br>v.<br><br>THOMAS JENEBY,  THE PLASTIC AND COSMETIC CENTER OF SOUTH TEXAS, P.A.,  PALM TREE PLASTIC SURGI-CENTER, LLC,  TRILOGY BY DR. JENEBY, INC.,  ADVANCED MEDICAL SUPPORT SERVICES, PLLC, CHRYSALIS COSMETIC SURGERY CENTER, PLLC,  SOUTH TEXAS AESTHETIC TRAINING LLC,  SHINING PALM TREE SERIES, LLC,<br><br>*Defendants*. | Civil Action No. SA-24-CV-01097-XR |

### ORDER SETTING STATUS CONFERENCE

On this day the Court considered the status of this case.  This case is set for an in-person status conference regarding the Phase 1 Scheduling Order on **Thursday, June 12, 2025** at **10:30 a.m.** in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance.

It is so **ORDERED**.

**SIGNED** June 5, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE