UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LESLIE NICOLE KNIGHT AND ALVEZA VALENZUELA, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | § § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § | CA NO. 5:24-cv-1097-XR |
| THOMAS JENEBY, MD ET AL., | § § § | |
| DEFENDANTS | § | |

**PLAINTIFFS' NOTICE OF SETTLEMENT OF CASE**

Plaintiffs Leslie Knight and Alveza Valenzuela file this Notice of Settlement of Case and would respectfully show the Court as follows:

1. On or about May 19, 2025, the parties reached a settlement agreement in this case.

2. The parties are in the process of circulating the settlement documents for signature and expect to dismiss this case with prejudice with each party to bear its own costs and attorney's fees within the next 14-21 days.

Respectfully submitted,

*/s/ Josef F. Buenker*
Josef F. Buenker
State Bar No.  03316860
Attorney-in-Charge
The Buenker Law Firm
PO Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile
jbuenker@buenkerlaw.com

Douglas B. Welmaker
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing  has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on June 6, 2025.

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker