IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LESLIE NICOLE KNIGHT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED; AND ALVEZA VALENZUELA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED;<br>*Plaintiffs*<br><br>-vs-<br><br>THOMAS JENEBY, THE PLASTIC AND COSMETIC CENTER OF SOUTH TEXAS, P.A., PALM TREE PLASTIC SURGI-CENTER, LLC, TRILOGY BY DR. JENEBY, INC., ADVANCED MEDICAL SUPPORT SERVICES, PLLC, CHRYSALIS COSMETIC SURGERY CENTER, PLLC, SOUTH TEXAS AESTHETIC TRAINING LLC, SHINING PALM TREE SERIES, LLC, MAXIMUS PLASTIC SURGERY CENTER, PLLC,<br>*Defendants* | § § § § § § § § § § § § § § § § § § § § § § | SA-24-CV-01097-XR |

## SETTLEMENT ORDER

The parties have informed the Court that the parties have reached a settlement in this matter. ECF No. 27. To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court vacates all remaining deadlines and settings, and **ORDERS** the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **July 9, 2025**. *See* FED. R. CIV. P. 41. **Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to do so.**

It is so **ORDERED**.

**SIGNED** this 9th day of June, 2025.

                                                                                          XAVIER RODRIGUEZ  
                                                                                          UNITED STATES DISTRICT JUDGE

Case 5:24-cv-01097-XR   Document 28   Filed 06/09/25   Page 2 of 2